IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV-F-05-0476 AWI (NEW DJ LJO) SMS |
| Plaintiff,<br>vs. | **ORDER TO SET STATUS CONFERENCE** |
| REAL PROPERTY LOCATED AT<br>4697 Linguard Road, et al, | Date:  March 5, 2007<br>Time:  8:30 a.m.<br>Courtroom: 8 (LJO) |
| Defendants. / | |

This Court conducted a scheduling conference on June 30, 2005. Plaintiff United States of America appeared by Assistant U.S. Attorney Kristi C. Kapetan. Claimant Alejandro Lua did not appear due to a conflicting court appearance by attorney Dianna Gibson. Claimant Countrywide Home Loans, Inc. appeared telephonically by counsel Susan M. Santerelli The case was stayed, pending resolution of the underlying criminal matter and AUSA was to arrange a Scheduling Conference within 14 days of the resolution of the criminal matter. On the basis of good cause, this Court SETS a status conference for **March 5, 2007 at 8:30 a.m. in Courtroom 8 (LJO)**. At the status conference, the parties shall be prepared to discuss the status of the underlying criminal action, whether the stay should be lifted, and whether discovery, motion and trial dates should be set. The parties may appear at the status conference by telephone by arranging a one-line conference call and adding the Court at (559) 499-5680.

IT IS SO ORDERED.

**Dated:   February 9, 2007**              /s/ Lawrence J. O'Neill

1

| | |
|---|---|
| 1  b9ed48 | UNITED STATES DISTRICT JUDGE |